GARY M. RESTIANO
United States Attorney
District of Arizona
SHEILA PHILLIPS
Assistant U.S. Attorney
Michigan State Bar No. P51656
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Sheila.Phillips2@usdoj.gov

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                    Plaintiff,<br><br>          v.<br><br>Eddie Ornelas,<br><br>                    Defendant. | CR-24-00261-PHX-SMB<br><br>**GOVERNMENT'S SENTENCING MEMORANDUM** |

The United States hereby requests that the Court sentence Defendant to 10 months imprisonment, which is the low-end of the guideline range, followed by three years of supervised release.

I.      BACKGROUND

On September 10, 2024, Ornelas pleaded guilty to Count 3 of the indictment and entered into a written plea agreement. Count 3 alleged on or about September 9, 2023, the defendant, in the District of Arizona, knowingly made a false statement and representation to a Federal Firearms Licensee, One Stop Firearms. Ornelas executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms, and Explosives Form 4473, on which he stated he resided at an address in Florence, Arizona, whereas in truth and fact, he knew he resided at a different address.  PSR ¶ 2.

Pursuant to Fed. R. Crim. P. 11(c)(1)(C), the parties stipulate Ornelas' sentence shall

not exceed the low end of the sentencing range.  PSR ¶ 3.

Prior to the Indictment, Defendant was under investigation by the ATF and the Department of Homeland Security, agents for his role in a trafficking organization that was transporting firearms to Mexico. Specifically, Defendant's cellphone and financial records tied to individuals involved in firearms trafficking.  PSR ¶ 6.  The initial investigation began when another person, the transporter, was stopped at the border attempting to enter Mexico with a load of firearms.  The person who purchased the firearms found in the vehicle lived in Arizona and agents suspected Defendant may have recruited that purchaser or was working with him based on Defendant's cell and financial records. However, there was insufficient evidence to bring charges at that time.

During the above investigation, Agents learned Ornelas purchased seven firearms from three separate Federal Firearms Licensees (FFLs) in Arizona, all on September 9, 2023. During each purchase, Ornelas completed an ATF Form 4473, which FFLs use to determine the lawfulness of the firearm sale.  On all Form 4473s, Ornelas listed his address in Florence, Arizona, and indicated he was not purchasing the firearms on behalf of another person. PSR ¶ 7.

Six of the firearms were rifles and one was a pistol. One of the rifles was an Ohio Ordinance Works, M-240 semi-automatic rifle, which was belt fed and could have readily been converted to a machinegun. Three of the firearms were recovered by law enforcement, with two of the firearms recovered in Mexico. PSR ¶ 8.

II.    SENTENCING GUIDELINES

The PSR accurately calculates the sentencing guideline range at 10 to 16 months of incarceration based on an Offense Level of 12 and a Criminal History Category of I.  PSR at 13.  The Probation Officer recommends probation.  *Id*.

III.    UNITED STATES' SENTENCING RECOMMENDATION

The United States believes a 10-month sentence is appropriate because the current offense is not an isolated incident.  His broader involvement in firearms trafficking is based on evidence discovered in the initial investigation and firearm recoveries in Mexico in the

instant offense.  As such, the guideline range underrepresents his illegal conduct.  Here, the government merely requests a guideline sentence but does not believe a downward variance is warranted.  Under 18 USC § 3553 calculous,  a sentence within the guideline range is  necessary for just punishment, public protection, and deterrence.

IV.    CONCLUSION

Therefore, the United States respectfully requests the Court impose a 10-month sentence followed by 3 year  of supervised release.

Respectfully submitted this 29th  day of November 2024.

GARY M. RESTAINO
United States Attorney
District of Arizona


*s/ Sheila Phillips*
SHEILA PHILLIPS
Assistant U.S. Attorney


CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s): Edward Hamel.

*s/Zachary Axtell*
US Attorney's Office