Edward G. Hamel (AZ SBN 036364)
**MAYESTELLES PLLC**
3636 North Central Avenue, Suite 1000
Phoenix, Arizona 85012-1927
Telephone: 602.714.7900
Facsimile: 602.357.3037
edward@mayestelles.com
Attorney for Defendant

# UNITED STATES DISTRICT COURT

# DISTRICT OF ARIZONA

| United States of America, | Case No. CR-24-00261-PHX-SMB |
|---|---|
| Plaintiff, | **DEFENDANT'S SENTENCING MEMORANDUM** |
| v. | |
| Eddie Ornelas, | |
| Defendant. | |

Defendant, Eddie Ornelas ("Mr. Ornelas"), by and through the undersigned counsel respectfully requests that this Court sentence him to a term probation. Such a sentence would be "sufficient but not greater than necessary" to comply with the goals of sentencing set forth in 18 USC § 3553(a).

I.      Sentencing Considerations

Under the terms of the plea agreement in this case, the Mr. Ornelas plead guilty to Count 3, False Statement in Acquisition of Firearms for his actions that occurred on September 9, 2023. Under the terms of the agreement Mr. Ornelas's sentence is capped at the low end of the applicable sentencing guideline range and nothing in the agreement precludes Mr. Ornelas from moving for a variance or sentence below the cap, or from the Court from imposing a sentence below the cap.

The Pre-Sentence Report recommended a sentence of probation, however the Government recommended a sentence of 10 months incarceration, followed by 3 years of Supervised Release

Mr. Ornelas requested sentence of probation would satisfy the requirement of 18 U.S.C. §3553(a) that the sentence be sufficient, but not greater than necessary in light of:

(1) the nature and circumstances of the offense and the history and characteristics of the defendant;
(2) the need for the sentence imposed—
(A) to reflect the seriousness of the offense, to promote respect for the law, and to provide just punishment for the offense;
(B) to afford adequate deterrence to criminal conduct;
(C) to protect the public from further crimes of the defendant; and
(D) to provide the defendant with needed educational or vocational training, medical care, or other correctional treatment in the most effective manner;
(3) the kinds of sentences available;
(4) the kinds of sentence and the sentencing range established . . .;
(5) any pertinent [Sentencing Commission] policy statement . . .;
(6) the need to avoid unwarranted sentence disparities among defendants with similar records who have been found guilty of similar conduct; and
(7) the need to provide restitution to any victims of the offense.

Mr. Ornelas is a 34-year-old man. As detailed in his Pre-Sentence Interview, Mr. Ornelas grew up in the Los Angeles, California area with his parents and siblings. He has very strong family support and Mr. Ornelas has never been in serious legal trouble before. He greatly regrets his involvement in this matter.

Mr. Ornelas has consistently performed exemplarily on pretrial release and has proven that he is an individual that can and will comport himself with the rules imposed by the court and will succeed on probation. Mr. Ornelas is an extremely hard worker and vows to continue to live a crime free lifestyle. His involvement in this activity has greatly upset and disappointed his family, whom were very surprised by his arrest. Mr. Ornelas committed these offenses on a single date, and freely admits that it was a serious lack of judgement. His involvement in this matter has reinforced the importance of living a crime-free lifestyle and has learned to associate with pro-social peers.

Mr. Ornelas knows that his actions were wrong. He has been cooperative, respectful and remorseful during the pendency of this matter and demonstrated this throughout his time on Pretrial Release. He has learned a lot from this experience and has proven to the Court that he is capable of following the rules. There is no reason to believe that he won't.

MayesTelles PLLC
3636 NORTH CENTRAL AVENUE, SUITE 1000
PHOENIX, ARIZONA 85012-1927

Mr. Ornelas is a promising prospect and has demonstrated that he self-rehabilitated; he has a loving and supportive family who will continue to encourage him as to remain upon a positive course. Mr. Ornelas provides significant financial and emotional support to his son Mateo, who was born with cerebral palsy and epilepsy, along with being blind.

Mr. Ornelas is a low risk to reoffend and would like to put this matter behind him. Mr. Ornelas has established himself in with a successful career in the technology field.

Mr. Ornelas has a tremendous incentive to take advantage of any mercy afforded to him by this Court. Due to Mr. Ornelas's exemplary record since the time of the offenses, extremely limited contact with the criminal justice system in his previous 34 years, his proven success on pre-trial supervision, and the fact that his actions were limited to a single day, we respectfully ask the Court for a variance to allow for a sentence of probation. If the Court is not inclined to sentence Mr. Ornelas to probation, we respectfully request that the Court allow him to serve his sentence in home detention to allow his to continue his employment and support of his son and family.

Respectfully Submitted this 1st day of December, 2024.

**MAYESTELLES PLLC**

By: _/s/Edward G. Hamel_
Edward G. Hamel
*Attorney for Defendant*

**MAYESTELLES PLLC**
3636 NORTH CENTRAL AVENUE, SUITE 1000
PHOENIX, ARIZONA  85012-1927